# **Exhibit 1**

# Notice of Deposition for Juan Mario Reyes Ovalle

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adrian Rosalio Reyes Ovalle; Juan Mario Reyes Ovalle; Miguel Angel Reyes Ovalle; Luis Miguel Roque Ovalle; Benjamin Ruiz Vazquez; and Patrick Ulupano | : : : : : | |
| vs. | : : | CIVIL ACTION NO. 21-03591 |
| Harris Blacktopping, Inc. d/b/a Harris Paving; James W. Harris, Jr.; Harry A. Harris; | : : : | |

## NOTICE OF DEPOSITION

Please take notice that on May 19, 2022 at 10:00 a.m., the oral deposition of Juan Mario Reyes Ovalle will be taken at the offices of Marshall Dennehey Warner Coleman and Goggin, 2000 Market Street, Suite 2300, Philadelphia, Pennsylvania 19103, upon oral examination pursuant to the rules of Civil Procedure before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

BY: _/s/ Lee C. Durivage_
LEE C. DURIVAGE
Attorney ID #205928
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2584/F: (215) 575-0856
Email: lcdurivage@mdwcg.com

Attorney for Defendants

Dated: April 7, 2022

## **CERTIFICATE OF SERVICE**

I, Lee C. Durivage, Esquire, do hereby certify that a true and correct copy of the Notice of Deposition was served upon Plaintiffs' counsel by e-mail at the following address, unless otherwise indicated:

Samuel Datlof, Esquire
Nina Menniti, Esquire
Justice At Work
990 Spring Garden Street, Suite 300
Philadelphia, PA  19123
SDatlof@justiceatworklegalaid.org
NMenniti@justiceatworklegalaid.org

*Attorneys for Plaintiffs*

                                       **MARSHALL DENNEHEY WARNER**
                                          **COLEMAN & GOGGIN**

                              BY: _____
                                        LEE C. DURIVAGE
                                        Attorney for Defendants

Dated: April 7, 2022