# **Exhibit 2**

# Notice of Deposition for Benjamin Ruiz Vazquez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adrian Rosalio Reyes Ovalle; Juan Mario Reyes Ovalle; Miguel Angel Reyes Ovalle; Luis Miguel Roque Ovalle; Benjamin Ruiz Vazquez; and Patrick Ulupano | : : : : : | |
| vs. | : : | CIVIL ACTION NO. 21-03591 |
| Harris Blacktopping, Inc. d/b/a Harris Paving; James W. Harris, Jr.; Harry A. Harris | : : : | |

## NOTICE OF DEPOSITION

Please take notice that on May 17, 2022 at 10:00 a.m., the oral deposition of Benjamin Ruiz Vazquez will be taken at the offices of Marshall Dennehey Warner Coleman and Goggin, 2000 Market Street, Suite 2300, Philadelphia, Pennsylvania 19103, upon oral examination pursuant to the rules of Civil Procedure before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                                          **MARSHALL DENNEHEY WARNER**
                                          **COLEMAN & GOGGIN**

                             BY: _/s/ Lee C. Durivage_
                                 LEE C. DURIVAGE
                                 Attorney ID #205928
                                 2000 Market Street, Suite 2300
                                 Philadelphia, PA 19103
                                 P: (215) 575-2584/F: (215) 575-0856
                                 Email: lcdurivage@mdwcg.com

                                 Attorney for Defendants

Dated: April 7, 2022

## **CERTIFICATE OF SERVICE**

I, Lee C. Durivage, Esquire, do hereby certify that a true and correct copy of the Notice of Deposition was served upon Plaintiffs' counsel by e-mail at the following address, unless otherwise indicated:

Samuel Datlof, Esquire
Nina Menniti, Esquire
Justice At Work
990 Spring Garden Street, Suite 300
Philadelphia, PA  19123
SDatlof@justiceatworklegalaid.org
NMenniti@justiceatworklegalaid.org

*Attorneys for Plaintiffs*

                                            **MARSHALL DENNEHEY WARNER**
                                              **COLEMAN & GOGGIN**

                                BY: _____
                                       LEE C. DURIVAGE
                                       Attorney for Defendants

Dated: April 7, 2022