# **<u>Exhibit 3</u>**

# March 16, 2022 Email

| | |
|---|---|
| **From:** | Samuel Datlof |
| **To:** | lcdurivage@mdwcg.com |
| **Cc:** | Nina Menniti; Sarah Schalman-Bergen |
| **Subject:** | Reyes v Harris |
| **Date:** | Wednesday, March 16, 2022 1:11:04 PM |

Lee,

I have two points of follow up on our call from last Friday. First is a reminder to please send us the insurance policy. Second is to confirm your position that you will attempt to compel all of our clients' presence in Philadelphia for depositions. If that is the case, we would like to advise the court that it will need to resolve the dispute once you've noticed the depositions. We're still working on sorting out available dates for each witness/client, and will provide them to you soon. Please send your clients' availability when you are able.

Sam

Sam Datlof (he/his)
Staff Attorney
Justice at Work
990 Spring Garden Street, Suite 300
Philadelphia, PA 19123
Tel: (484) 430-1818
Fax: (215) 733-0876