# **Exhibit 6**

April 7, 2022 Email

| | |
|---|---|
| **From:** | Durivage, Lee C. |
| **To:** | Samuel Datlof |
| **Cc:** | Nina Menniti; ssb@llrlaw.com |
| **Subject:** | RE: [External Email] Reyes v. Harris - meet and confer |
| **Date:** | Thursday, April 7, 2022 11:27:42 AM |
| **Attachments:** | image001.png |
| | Ovalle - NOD for Patrick Ulupano (145471001_1).pdf |
| | Ovalle - NOD for Luis Ovalle (145471451_1).pdf |
| | Ovalle - NOD for Benjamin Vazquez (145471539_1).pdf |
| | Ovalle - NOD for Miguel Ovalle (145471613_1).pdf |
| | Ovalle - NOD for Juan Ovalle (145471668_1).pdf |
| | Ovalle - NOD for Adrian Ovalle (145471729_1).pdf |

Sam:

Happy to have a meet and confer but I'm unavailable this afternoon as I am meeting with client. I am out tomorrow but I am available any time Monday; Tuesday (I need to be off the line for a Rule 16 at 11:00 a.m.) and any time on Wednesday. I am attaching the notice of depositions for your clients based upon the dates you previously offered – if we need to change any of the dates, feel free to let me know. Please also remind me who will require translators so that can be booked as well.

Please also let me know if you are able to accept service for the subpoena to Margaret Reyes or if I need to have our process server do so.


**Lee C. Durivage**
*Attorney at Law*
2000 Market Street, Suite 2300, Philadelphia, PA 19103
Direct: (215) 575-2584 | Main: (215) 575-2600 | Fax: (215) 575-0856
bio | e-mail | website



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to LCDurivage@MDWCG.com, or by telephone at (215) 575-2584 and then delete the message and its attachments from your computer.

**From:** Samuel Datlof <SDatlof@justiceatworklegalaid.org>
**Sent:** Wednesday, April 6, 2022 4:09 PM
**To:** Durivage, Lee C. <LCDurivage@MDWCG.com>
**Cc:** Nina Menniti <NMenniti@justiceatworklegalaid.org>; Sarah Schalman-Bergen <ssb@llrlaw.com>
**Subject:** Reyes v. Harris - meet and confer

WARNING: This email originated outside MDWCG

Lee:

We write to request an immediate meet and confer about your incomplete discovery responses. We note first of all that you have still not produced any written discovery in response to our document requests, and that production of the documents required in Judge Kearney's scheduling order about initial disclosures will be a full 2 months tardy tomorrow (they were due Feb 7). Please let us know

your availability tomorrow, April 7, at either noon or between 2:30 and 4.

Additionally, I note that we plan to notice a 30b6 deposition. We'll plan to do it on one of the dates you offered. We will be noticing depositions for our clients who are abroad (remotely). We will plan on doing that for May 17-19. If you want to fight about taking the depositions in person, we'll look out for your motion. We will be moving for a protective order if you notice them for in person depositions. That said, at least as far as dates go, May 17-19 is agreeable to them.

We'll get back to you about other deposition dates after confirming with our clients.

Sam

Sam Datlof (he/his)
Staff Attorney
Justice at Work
990 Spring Garden Street, Suite 300
Philadelphia, PA 19123
Tel: (484) 430-1818
Fax: (215) 733-0876

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.