# Exhibit 7

April 20, 2022 Email

| | |
|---|---|
| **From:** | Nina Menniti |
| **To:** | Durivage, Lee C. |
| **Cc:** | Samuel Datlof |
| **Subject:** | Protective Order Meet and Confer |
| **Date:** | Wednesday, April 20, 2022 5:25:00 PM |
| **Attachments:** | image002.png |
| **Importance:** | High |

Lee,

I just tried to reach you again over the phone. We've previously discussed the fact that two of our clients cannot come to the US for in-person depositions, and we believe we have satisfied Local Rule 26.1(f)'s requirement to meet and confer on this issue through telephone conversation on March 11 and via email on March 16 and March 25. However, in an effort to avoid a motion for protective order, we ask to meet and confer again as soon as possible. Please call us or let us know your availability this week. If we do not hear from you by close of business on Friday, April 22, we will file a motion for protective order.

Regards,

Nina Menniti
Lead Employment Attorney
Justice at Work*
5907 Penn Ave, Suite 320
Pittsburgh, PA 15206
215-733-0878 Ext. 222

*formerly known as Friends of Farmworkers, Inc.

Like us on Facebook
Follow us on Instagram



This electronic mail message and any attachments are intended only for the personal and confidential use of the individual to whom it is addressed and may contain information that is privileged, confidential and protected by law. If you are not the intended recipient, you are hereby notified that any use or disclosure of this information is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply electronic mail message and delete the original message. Your compliance is appreciated.