# Exhibit 8

Screenshot of U.S. Dep't of State, Visitor Visa

# Visitor Visa

## Overview

Generally, a citizen of a foreign country who wishes to enter the United States must first obtain a visa, either a nonimmigrant visa for a temporary stay, or an immigrant visa for permanent residence. Visitor visas are nonimmigrant visas for persons who want to enter the United States temporarily for business (visa category B-1), for tourism (visa category B-2), or for a combination of both purposes (B-1/B-2).

Here are some examples of activities permitted with a visitor visa:

Business (B-1) ⊕

Tourism (B-2) ⊕

Travel Purposes Not Permitted On Visitor Visas ⊕

Visitor visas will also not be issued for birth tourism (travel for the primary purpose of giving birth in the United States to obtain U.S. citizenship for their child).

## How to Apply

There are several steps to apply for a visa. The order of these steps and how you complete them may vary by U.S. Embassy or Consulate. Please consult the instructions on the <u>U.S. Embassy or Consulate website</u>.

**Complete the Online Visa Application**

- **Online Nonimmigrant Visa Application, Form DS-160** – Learn more about completing the DS-160. You must: 1) complete the online visa application and 2) print the application form confirmation page to bring to your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. Your photo must be in the format explained in the Photograph Requirements.

## Schedule an Interview

Interviews are generally required for visa applicants with certain limited exceptions below. Consular officers may require an interview of any visa applicant.

| If you are age: | Then an interview is: |
| --- | --- |
| 13 and younger | Generally not required |
| 14-79 | Required (some exceptions for renewals) |
| 80 and older | Generally not required |

You should schedule an appointment for your visa interview at the U.S. Embassy or Consulate in the country where you live. You may schedule your interview at another U.S. Embassy or Consulate, but be aware that it may be more difficult to qualify for a visa outside of the country where you live.

Wait times for interview appointments vary by location, season, and visa category, so you should apply for your visa early. Review the interview wait time for the location where you will apply:

### Appointment Wait Time

A wait time listed as "999 calendar days" indicates that the Consular Section is only providing that service to emergency cases. Please check the Embassy or Consulate website for further information.

**Select a U.S. Embassy or Consulate:**

| Enter a City | GO |

| Nonimmigrant Visa Type | Appointment Wait Time |
|---|---|
| Visitor Visa | -- days |
| Student/Exchange Visitor Visas | -- days |
| All Other Nonimmigrant Visas | -- days |

See details on appointment availability and processing times

## Prepare for Your Interview

- **Fees - Pay the non-refundable visa application fee**, if you are required to pay it before your interview. If your visa is approved, you may also need to pay a visa issuance fee, if applicable to your nationality. Fee information is provided below:

### Select your nationality to see Issuance Fee

$160

| Enter a country/authority or area | 🔍 |

All Fees

- Review the instructions available on the website of the U.S. Embassy or Consulate where you will apply to learn more about fee payment.

## Gather Required Documentation

Gather and prepare the following required documents before your visa interview:

- **Passport** valid for travel to the United States – Your passport must be valid for at least six months beyond your period of stay in the United States (unless exempt by country-specific agreements ⌕). Each individual who needs a visa must submit a

- separate application, including any family members listed in your passport.
- **Nonimmigrant Visa Application, Form DS-160 confirmation page.**
- **Application fee payment receipt,** if you are required to pay before your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. If the photo upload fails, you must bring one printed photo in the format explained in the Photograph Requirements.

### Additional Documentation May Be Required

Review the instructions for how to apply for a visa on the website of the U.S. Embassy or Consulate where you will apply. Additional documents may be requested to establish if you are qualified. For example, additional requested documents may include evidence of:

- The purpose of your trip,
- Your intent to depart the United States after your trip, and/or
- Your ability to pay all costs of the trip.

Evidence of your employment and/or your family ties may be sufficient to show the purpose of your trip and your intent to return to your home country. If you cannot cover all the costs for your trip, you may show evidence that another person will cover some or all costs for your trip.

**Note:** Visa applicants must qualify on the basis of the applicant's residence and ties abroad, rather than assurances from U.S. family and friends. A letter of invitation or Affidavit of Support is not needed to apply for a visitor visa. If you choose to bring a letter of invitation or Affidavit of Support to your interview, please remember it is not one of the factors used in determining whether to issue or deny the visa.

### Attend Your Visa Interview

A consular officer will interview you to determine whether you are qualified to receive a visitor visa. You must establish that you meet the requirements under U.S. law to receive a visa.

Ink-free, digital fingerprint scans are taken as part of the application process. They are usually taken during your interview, but this varies based on location.

After your visa interview, the consular officer may determine that your application requires further administrative processing.  The consular officer will inform you if this required.

After the visa is approved, you may need to pay a visa issuance fee (if applicable to your nationality), and make arrangements for the return of the passport and visa to you.  Review the visa processing times to learn more.

## Entering the United States

A visa allows a foreign citizen to travel to a U.S. port-of-entry (generally an airport) and request permission to enter the United States. A visa does not guarantee entry into the United States. The Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP) officials at the port-of-entry have authority to permit or deny admission to the United States. If you are allowed to enter the United States, the CBP official will provide an admission stamp or a paper Form I-94, Arrival/Departure Record. Learn more about admissions and entry requirements, restrictions about bringing food, agricultural products, and other restricted/prohibited goods, and more by reviewing the CBP website.

## Extending Your Stay

See Extend Your Stay on the U.S. Citizenship and Immigration Services (USCIS) website to learn about requesting to extend your stay beyond the date indicated on your admission stamp or paper Form I-94.

Failure to depart the United States on time will result in being out of status. Under U.S. law, visas of individuals who are out of status are automatically voided (Section 222(g) of the Immigration and Nationality Act).  Any multiple entry visa that was voided due to being out of status will not be valid for future entries into the United States.

Failure to depart the United States on time may also result in you being ineligible for visas in the future. Review Visa

in you being ineligible for visas in the future. Review Visa Denials and Ineligibilities and Waivers: Laws to learn more.

## Change of Status

If your plans change while in the United States (for example, you marry a U.S. citizen or receive an offer of employment), you may be able to request a change in your nonimmigrant status to another category through U.S. Citizenship and Immigration Services (USCIS). See Change My Nonimmigrant Status on the USCIS website to learn more.

While you are in the United States, receiving a change of status from USCIS does not require you to apply for a new visa. However, once you depart the United States you must apply for a new visa at a U.S. Embassy or Consulate in the appropriate category for your travel.

## Additional Information

- An individual on a visitor visa (B1/B2) is not permitted to accept employment or work in the United States.
- There is no guarantee you will be issued a visa. Do not make final travel plans or buy tickets until you have a visa.
- A valid U.S. visa in an expired passport is still valid. Unless canceled or revoked, a visa is valid until its expiration date. If you have a valid visa in your expired passport, do not remove it from your expired passport. You may use your valid visa in your expired passport along with a new valid passport for travel and admission to the United States.

**Travel for Medical Treatment**  ⊕

**Visitor Visas for Personal or Domestic Employees (B-1)**  ⊕

- Visa Renewal ⊕
- Do I need a visa if I have an ABTC? ⊕
- How can I use my ABTC when I apply for my visa? ⊕
- Visa Annotations for Certain Maritime Industry Workers ⊕
- Visa Denial and Ineligibility ⊕
- I was refused a visa, under Section 214(b). May I reapply? ⊕
- Misrepresentation or Fraud ⊕
- Citizens of Canada and Bermuda ⊕

Citizens of China ⊕

Citizens of Mexico ⊕

Further Questions ⊕