# **Exhibit 9**

Screenshot of U.S. Dep't of State, Visa Denials

# Visa Denials

U.S. law generally requires visa applicants to be interviewed by a consular officer at a U.S. Embassy or Consulate. After relevant information is reviewed, the application is approved or denied, based on standards established in U.S. law.

While the vast majority of visa applications are approved, U.S. law sets out many standards under which a visa application may be denied. An application may be denied because the consular officer does not have all of the information required to determine if the applicant is eligible to receive a visa, because the applicant does not qualify for the visa category for which he or she applied, or because the information reviewed indicates the applicant falls within the scope of one of the inadmissibility or ineligibility grounds of the law. An applicant's current and/or past actions, such as drug or criminal activities, as examples, may make the applicant ineligible for a visa.

If denied a visa, in most cases the applicant is notified of the section of law which applies. Visa applicants are also advised by the consular officer if they may apply for a waiver of their ineligibility. Several of the most common reasons for visa ineligibilities are explained below. For more information, review the visa ineligibilities in the Immigration and Nationality Act (INA).

How does a visa applicant qualify for a visa? ⊕

What does being found ineligible mean? ⊕

I was found ineligible for a visa. Can I get my money back? ⊕

my money back?

Can I reapply for a visa?

Can a friend or relative inquire about my denied visa application?

INA Section 221(g) - Incomplete Application or Supporting Documentation

INA Section 214(b) - Visa Qualifications and Immigrant Intent

INA Section 212(a)(4) - Public Charge

INA Section 212(a)(6)(C)(i) - Fraud and Misrepresentation

INA Section 212(a)(9)(B)(i) - Unlawful Presence in the United States

List of Ineligibilities ⊕

Waivers of Ineligibility ⊕

Further Questions ⊕