# **Exhibit 11**

USCIS, Humanitarian or Significant Public
Benefit Parole for Individuals Outside the
United States

USCIS Response to Coronavirus (COVID-19)


U.S. Citizenship
and Immigration
Services

Home > Humanitarian > Humanitarian or Significant Public Benefit Parole for Individuals Outside the United States

# Humanitarian or Significant Public Benefit Parole for Individuals Outside the United States

Individuals who are outside of the United States may be able to request parole into the United States based on urgent humanitarian or significant public benefit reasons.

**For information on the types of documents and evidence you should submit** in support of a request for parole, please see Guidance on Evidence for Certain Types of Humanitarian or Significant Public Benefit Parole Requests.

This webpage does **not** cover the following types of parole requests:

- *Requests for individuals who are already inside the United States and who wish to depart temporarily, and seek "advance parole" to return.* For information on how an individual already inside the United States may be considered for advance parole to return to the United States after departure, please see Form I-131 instructions (PDF, 327.03 KB).

- *Requests for individuals who are inside the United States and seek parole in place.* For more information, please contact www.uscis.gov/contactcenter or visit our military webpage .

- *Requests for parole that are under the jurisdiction of U.S. Immigration and Customs Enforcement (ICE).* ICE has primary jurisdiction over an individual seeking parole who is in removal proceedings in the United States or who has previously been removed or deported. Requests to ICE for parole should be submitted to ICE via the USCIS address under Humanitarian parole applicants. USCIS will forward these requests to ICE. Please see the Memorandum of Agreement between USCIS, ICE and CBP (PDF) for more information about each agency's jurisdiction over parole requests.

- *Requests for individuals who apply under special parole programs such as:*

  - The Haitian Family Reunification Parole Program

  - The Cuban Family Reunification Parole Program

  - The Central American Minor Refugee/Parole Program

  - The Filipino World War II Veterans Parole Program

  - International Entrepreneur Parole

⤡ Close All   ⤢ Open All

Terminology ⌄

What is Parole? ⌄

Who Can Apply for Parole? ⌄

The Need for a Sponsor ⌄

Eligibility for Parole ⌄

Parole Process ⌄

Travel for Parolees ⌄

Re-Parole ⌄

Related Links ⌄

⤴ Close All   ⤢ Open All

Last Reviewed/Updated: 11/12/2021