# **Exhibit 12**

USCIS, Check Case Processing Times

