IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN ROSALIO REYES OVALLE; JUAN MARIO REYES OVALLE; MIGUEL ANGEL REYES OVALLE; LUIS MIGUEL ROQUE OVALLE; BENJAMIN RUIZ VAZQUEZ; and PATRICK ULUPANO, <br>     Plaintiffs, <br>  v. <br> HARRIS BLACKTOPPING, INC. d.b.a. HARRIS PAVING; JAMES W. HARRIS, JR.; and HARRY A. HARRIS, <br>     Defendants. | CIVIL ACTION NO. 2:21-cv-03591 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiffs' Motion for Protective Order, as well as any response thereto, it is

**ORDERED** that Plaintiffs Benjamin Ruiz Vazquez and Juan Mario Reyes Ovalle will appear for their deposition via remote means.

BY THE COURT:

_____

Kearney, J.