IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN ROSALIO REYES OVALLE;<br>JUAN MARIO REYES OVALLE;<br>MIGUEL ANGEL REYES OVALLE;<br>LUIS MIGUEL ROQUE OVALLE;<br>BENJAMIN RUIZ VAZQUEZ; and<br>PATRICK ULUPANO,<br>        Plaintiffs,<br>   v.<br>HARRIS BLACKTOPPING, INC. d.b.a.<br>    HARRIS PAVING;<br>JAMES W. HARRIS, JR.; and HARRY A. HARRIS,<br>        Defendants. | CIVIL ACTION NO. 2:21-cv-03591 |

## **CERTIFICATE OF SERVICE**

I, Samuel Datlof, Esq., certify that on April 25, 2022, a true and correct copy of Plaintiffs' Motion for Protective Order and for an Order Permitting Remote Depositions for Certain Plaintiffs was served upon Defendants' counsel by electronic service through the Court's ECF system at the following address:

Lee Durivage
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
LCDurivage@MDWCG.com

Date: April 25, 2022                                      */s/ Samuel Datlof*
                                                                                           Samuel Datlof, Esq.