IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reyes Ovalle | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Harris Blacktopping, Inc. | : | No.: 2:21-cv-3591 |

ORDER

AND NOW, this _____ day of _____ 20 22 , it is hereby

ORDERED that the application of  Nicholas Marritz  _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:21-cv-3591__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Nicholas Marritz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 06/11/2012 | 283540 |
| Virginia | 12/15/2015 | 89795 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions: * **See addendum for additional admissions**

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| 9th Cir. Court of Appeals | 11/14/2012 | n/a |
| 4th Cir. Court of Appeals | 05/03/2018 | n/a |
| Western District of Virginia | 12/03/2017 | n/a |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

**Plaintiffs Reyes Ovalle et al.**

(Applicant's Signature)

04/18/2022
(Date)

Name of Applicant's Firm: Justice At Work
Address: 990 Spring Garden St., Suite 300, Philadelphia PA 19123
Telephone Number: (215) 733-0878
Email Address: nmarritz@justiceatworklegalaid.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/18/2022__
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Nicholas Marritz___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel Datlof | /s/ Samuel Datlof | 1/16/2020 | PA 324716 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

**Justice At Work**

**990 Spring Garden St., Suite 300, Philadelphia, PA 19123**

**Tel: (215) 733-0878**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/26/2022___        ___/s/ Samuel Datlof___
      (Date)                                          (Sponsor's Signature)

Addendum

Additional Federal Court Admissions

| Court | Admission Date | Attorney ID No. |
|---|---|---|
| Eastern District of Virginia | 02/02/2016 | n/a |
| Northern District of California | 05/05/2014 | n/a |
| Eastern District of Wisconsin | 09/23/2013 | 283540 |
| Central District of California | 03/13/2013 | n/a |
| Middle District of Florida (pro hac vice) | 06/13/2013 | n/a |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reyes Ovalle | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Harris Blacktopping, Inc. | : | No.: 2:21-cv-3591 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Nicholas Marritz__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

via this Court's CM/ECF system, which will deliver an electronic copy to all counsel of record.

/s/ Samuel Datlof
(Signature of Attorney)

Samuel Datlof
(Name of Attorney)

Counsel for Plaintiffs
(Name of Moving Party)

4/26/2022
(Date)