IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Adrian Rosalio Reyes Ovalle, et al.<br><br>v.<br><br>Harris Blacktopping Inc., et al. | Case No. 2:21-cv-3591 |

**Unopposed Motion for Pro Hac Vice Admission of**
<u>**Attorney Nicholas Marritz**</u>

Pursuant to Section I.J. of this Court's Policies and Procedures, I, Samuel Datlof, ask that the Court admit attorney Nicholas Marritz to appear in this matter pro hac vice. In support of this motion, I state:

1. I have been admitted to practice and am in good standing before this Court.

2. My appearance has been entered in this case, and I confirm my continuing obligations under Section I.K. of the Court's Policies and Procedures.

3. Plaintiffs seek Mr. Marritz's admission because he was recently hired as an attorney with Justice at Work, Plaintiffs' counsels' firm. He has applied for reciprocal admission to the Bar of the Commonwealth of Pennsylvania, and his application is currently pending. Mr. Marritz has previously appeared as counsel in 17 federal FLSA cases.

4. Defendants do not oppose this motion.

Dated: May 2, 2022

/s/ Samuel Datlof_____
Samuel Datlof, Esq.
**Justice at Work**
990 Spring Garden Street, Suite 300
Philadelphia, PA 19123
sdatlof@justiceatworklegalaid.org
Tel: (215) 733-0878