IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Adrian Rosalio Reyes Ovalle, et al.**

v.                                          Case No. 2:21-cv-3591

**Harris Blacktopping Inc., et al.**

**Affidavit of Attorney Nicholas Marritz**

I, Nicholas Marritz, declare:

1. The following are the year and status of each of my bar admissions:

   a. Tulalip Tribal Court (2011) (inactive, in good standing)
   b. California (2012) (inactive, in good standing)
   c. Virginia (2015) (active, in good standing)

2. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar of which I have been a member.

3. I have in fact read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court. I agree to be bound by both sets of Rules for the duration of the case.

4. If granted *pro hac vice* status, I will in good faith continue to advise my movant counsel of the current status of the case and of all material developments in the case.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 11, 2022.

Date: April 11, 2022

*[signature]*

Nicholas Marritz
**Justice At Work Pennsylvania**
990 Spring Garden Street, Suite 300
Philadelphia, PA 19123
nmarritz@justiceatworklegalaid.org
Tel: (215) 733-0878