## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adrian Rosalio Reyes Ovalle; Juan Mario | : | |
| Reyes Ovalle; Miguel Angel Reyes Ovalle; | : | |
| Luis Miguel Roque Ovalle; Benjamin Ruiz | : | |
| Vazquez; and Patrick Ulupano | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 21-3591 |
| | : | |
| Harris Blacktopping, Inc. d/b/a Harris | : | |
| Paving | : | |

### STIPULATION FOR DISMISSAL PURSUANT TO LOCAL RULE 41.1(B)

It is hereby **STIPULATED** and **AGREED** by and between all represented parties in the above-captioned matter that the issues in the above-captioned matter have been settled, and that this matter shall be **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b), without costs or fees against any party.  Pursuant to Local Rule 41.1(b), this Order may be vacated, modified, or stricken from the record, for good cause shown, upon the application of any party served within ninety (90) days of the entry of this Order.

**JUSTICE AT WORK**                    **MARSHALL DENNEHEY WARNER**
                                       **COLEMAN & GOGGIN**


BY:_____          BY:_____
NINA A. MENNITI                        LEE C. DURIVAGE
Identification Number: 326828          Identification Number: 205928
990 Spring Garden Street, Suite 300    2000 Market Street, Suite 2300
Philadelphia, PA 19123                 Philadelphia, PA 19103

Attorney for Plaintiffs                Attorney for Defendant


                                       APPROVED BY:


                                       _____
                                                                    J.